IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA MIAMI
DIVISION

Mark Longhi, an individual

CIVIL CASE NO.: 19-CV-23047 KMVV

Plaintiff,

FILED BY ____ D.C.

SEP 10 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

vs.

AMG Financial Group, Inc., a Florida corporation and
GARY GRUENBERG, an Individual

Defendant(s).
_______________________________/

**DEFENDANT'S AMG FINANCIAL GROUP, INC. AND GARY GRUENBERG'S MOTION TO DISMISS, MOTION TO STRIKE, MOTION FOR ATTORNEY FEES, OR IN THE ALTERNATIVE, MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

COMES NOW, Defendant's AMG FINANCIAL GROUP, INC. and GARY GRUENBERG, pro se, and pursuant to Federal Rules of Civil Procedure 12(b)1 and 12(B)6 and move to dismiss the complaint for at least two reasons: first, this Court lacks subject matter jurisdiction over Plaintiff' claims against Defendant's; second, even if the Court has jurisdiction, the Complaint fails to state a cause of action. and Motion to Strike the Plaintiff's demand for attorney fees and Petition for Temporary Restraining Order and Temporary/Permanent Injunctive Relief, and any claim as to Defendant's AMG Financial Group, Inc. and GARY GRUENBERG; or in the alternative, if necessary, enlargement of time to respond to complaint and make more definite and certain as the Plaintiff's complaint is so vague and ambiguous that Defendants cannot reasonably required to frame a responsive pleading and state:

**FACTS**

Plaintiff, Mark Longhi contracted with Defendant AMG Financial Group, Inc. to purchase 300 gold American Eagle 1 oz coins on or around June 20, 2019. Plaintiff was sent first shipment 80 gold coins on July 3, 2019, second shipment 160 gold coins on July 9, 2019, third shipment 40 gold coins on July 10, 2019, and fourth and final shipment 20 gold coins on July 11, 2019 for a total of 300 gold coins. All gold coins were purchased and sent to Plaintiff by National Rare Coins our supplier in Hollywood Florida thru FEDEX. National Rare Coins has a blanket insurance policy that covers large shipments that are sent by FEDEX overnight. Defendant does not have that blanket insurance policy.

Plaintiff accepted our terms and conditions attached to this complaint and submitted by Plaintiff's attorney. Based on AMG's Terms and Conditions pursuant to Section 11.10 any dispute must first go to arbitration or mediation, not the courts. This complaint does not belong in District Court but in arbitration or mediation, and if in Court then in State Circuit Court where it costs much less to defend, where civil collection matters are generally decided, and this case does not require District Courts to make lawful directional decisions and there are no federal-questions. This Plaintiff violated our terms and condition by ignoring this and instead filed this complaint. In that same paragraph, it plainly states that by filing in court before going thru arbitration or mediation the Plaintiff agrees to immediately pay Defendant $10,000 Ten Thousand Dollars for advanced attorney fees. Plaintiff's attorney states they hand delivered a demand letter on July 22, 2019 giving Defendant 7 days to respond, but Defendant has not lived at that address for more than seven years. The complaint was filed on the same day to the correct address.

Specifically, the Defendants hereby move the Court to:

A. Dismiss for failure to state a cause of action based on:

1. Lack of standing.
2. Lack of capacity
3. Lack of jurisdiction,
4. Lack of claim upon which relief may be granted

B. Strike

1. Plaintiff's demand for attorney's fees, and
2. Gary Gruenberg, individually as a defendant.
3. Petition for Temporary Restraining Order
4. Petition for Temporary or Permanent Injunction Relief

C. In the alternative, enlargement of time to respond to the complaint.

1. Complaint is too vague and ambiguous to respond to.

D. Order

1. Plaintiff to advance Ten Thousand Dollars for attorney fees.

Plaintiffs claim must be dismissed because his legal claims are without merit. Plaintiff violated many sections of the AMG'S Terms and Conditions after Plaintiff agreed to abide by and knowingly is in violation today.

WHEREFORE Defendant requests this court to enter its order granting this motion to dismiss and motion to strike for the reasons set forth herein and to grant such further relief deemed

proper. And if necessary, in the alternative, allow the Defendant additional time to respond to complaint.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served by email at: Geoffrey@ittlemanlaw.com and by U.S. Mail upon Geoffrey Ittleman, Esquire, 110 SE 6th Street., Suite 1700, Fort Lauderdale, FL 33301 on August 30, 2019.

Gary Gruenberg
2950 NE 188 Street
Miami, FL 33180
T: (305) 491-3878

By: ______________________
Gary Gruenberg