**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 19-23047-CIV-WILLIAMS**

MARK LONGHI,

Plaintiff,

vs.

AMG FINANCIAL GRP. INC., *et al.*,

Defendants.

**ORDER**

**THIS MATTER** is before the Court on Plaintiff's motion for default judgment (DE 10) and Defendants' motion to dismiss (DE 12). Because Defendant Gary Gruenberg has appeared *pro se* and is defending this case, Plaintiff's motion (DE 10) is **DENIED**.

The Court notes, however, that Mr. Gruenberg filed his motion to dismiss on behalf of both himself and the corporate Defendant, AMG Financial Group Inc. ("AMG"). Federal law requires that a corporation cannot appear *pro se* and must be represented by counsel. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385-86 (11th Cir. 1985); *National Independent Theater Exhibitors, Inc. v. Buena Vista Distribution Co.*, 748 F.2d 602, 609 (11th Cir. 1985). Because AMG cannot proceed *pro se*, Defendants' motion to dismiss (DE 12) is **DENIED without prejudice** to allow Defendants an adequate opportunity to retain counsel. Failure to obtain counsel may result in entry of a default judgment against AMG.

Accordingly, it is **ORDERED** that by **October 11, 2019**, counsel must appear on behalf of AMG or the Court will direct the Clerk to enter default against that Defendant.

Also by **October 11, 2019**, Mr. Gruenberg must notify the Court whether he has retained counsel or intends to proceed *pro se*.

**DONE AND ORDERED** in chambers in Miami, Florida, this 11th day of September, 2019.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE