FILED BY PG D.C.
OCT 11 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA

MARK LONGHI, Plaintiff,

Case No. 19-cv-23047 kmvv

VS.

AMG FINANCIAL GROUP, INC., a Florida Corporation & GARY GRUENBERG, Individually, Defendant(s)

**MOTION FOR REFERRAL TO VOLUNTEER ATTORNEY PROGRAM**

I, AMG FINANCIAL GROUP and GARY GRUENBERG, am a pro se party representing myself in this case, and have requested authorization to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 or am otherwise unable to afford a lawyer. Therefore, I request that the Court refer my request to the Court's Volunteer Attorney Program. I understand that it will be up to volunteer attorneys, not the Court, to determine whether they wish to represent me. If a volunteer attorney agrees to take my representation, I will cooperate with that counsel in the preparation and presentation of my case.

Signature: [signature]

Printed name: Gary Gruenberg

Address: 2950 NE 188 ST, #123
Miami, FL 33180

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by email on October 10, 2019 on all counsel or parties of record on the Service List below.

Signature: [signature]

Printed name: Gary Gruenberg

SERVICE LIST Attorney for Plaintiff; Geoffrey C. Ittleman, P.A., Geoffrey@ittlemanlaw.com and by US Mail to 110 S.E. 6th Street, Suite 1700, Fort Lauderdale, FL 33301, Telephone: (954) 462–8340, Facsimile: (954) 324–2037

Greenberg
2950 NE 188 ST
#123
Miami, FL 33180

CERTIFIED MAIL®

7018 3090 0001 5435 1739

USMS INSPECTED

UNITED STATES POSTAL SERVICE®

1020

33128

U.S. POSTAGE PAID
FCM LETTER
MIAMI, FL
33180
OCT 10, 19
AMOUNT
**$4.05**
R2304H108184-12

U.S. District Court
Southern District of Florida
400 North Miami Avenue
Room 8N09
Miami, FL 33128

33128$1805 C075

USMS
INSPECTED

RECEIVED

OCT 11 2019
12:03 PM

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT