IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA MIAMI
DIVISION

Mark Longhi, an individual,

CIVIL CASE NO.: 19-CV-23047 KMVV

Plaintiff,

FILED BY PG D.C.
NOV 20 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

vs.

AMG Financial Group, Inc., a Florida corporation and
GARY GRUENBERG, an Individual

Defendant(s).
_______________________________/

**DEFENDANT'S AMG FINANCIAL GROUP, INC. DENIAL AND OPPOSITION TO MOTION FOR SANCTIONS AND/OR CONTEMPT**

Defendant's, AMG Financial Group, Inc. and Gary Gruenberg, pro se, answers Plaintiffs Motion as follows; any allegations specifically referenced to violation of the final judgment herein are disputed and denied.

**BACKGROUND**

The Plaintiff agreed to purchase gold coins. The gold coins were shipped in four shipments from the same location the gold coins were purchased by Defendants. The gold supplier from their location shipped the gold coins direct to the Plaintiff. The gold coins were counted and packed and shipped by FedEx. The Plaintiff received 100% of what was purchased. The Plaintiff made up this claim to try and benefit at the expense of Defendant. The case was judged as a default because the corporate Defendants did not have the funds to hire counsel and the court further denied us a pro-bono attorney to defend us. The judgment was against the corporate business not the individual and the case against the individual was dropped. The case was not decided on the merits of the complaint. The Plaintiff never had to provide evidence to build the burden of proof to justify their claim. The Plaintiff never produced any evidence in their complaint or pleadings. Plaintiff had other motives to enter into a purchase agreement. Plaintiffs claim should have been barred in whole for unjust enrichment. Defendant asserts that the Plaintiff was seeking to recover money which claim was unsubstantiated which would unjustly enrich the Plaintiff. Defendant's assert unclean hands. Defendant's assert that the Plaintiff has committed a wrongdoing, and this lawsuit is attempting to benefit from this wrongdoing. A motion to dismiss and then an answer to complaint was filed by Defendant but the judge would not allow a corporation to defend itself pro se, so a default judgment could be the only outcome against the Defendant Corporation.

The judgment debtor is not in direct violation of the order. There is no judgment or evidence of any wrongdoing on the individual defendant, Gary Gruenberg (case was dismissed by Plaintiff) featured on the internet at www.garygruenberg.com . The judgment Defendant, AMG Financial Group, Inc. is nowhere to be found on this website. The judgment Defendant has no bank account, takes in no funds and does not conduct any business. There is no AMG Financial Group, Inc. listed on the "owned businesses" portion of the website which Plaintiff alleges. On the second internet website the Plaintiff allegations are again false. There is no existence of the judgment debtor anywhere on the website. The article in question was run by Yahoo on their own website and never mentions judgment debtor. They had the article at least a year before running it on their website. The judgment debtor is AMG Financial Group, Inc. not Gary Gruenberg, individually. Rule 70 has not been violated. We dispute the Plaintiff allegations as they both continue to make false claims and use the individual Defendant as the judgment debtor. We dispute Plaintiff's understanding of the judgment. Had Plaintiff continued against Defendant Gary Gruenberg he would have vigorously defended all the allegations with undisputable evidence and testimony by the third party provider and shipper.

## CONCLUSION

Defendant would respectfully request that the court deny the motion for contempt against the judgment debtor and deny the Plaintiff any relief such as attorney fees, court costs and other expenses.

Respectfully submitted,

GARY GRUENBERG
2950 NE 188 Street
Suite 123
Miami, FL 33180
AMG FINANCIAL GROUP, INC.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via email on this 18th day of November, 2020 to The LAW OFFICES OF GEOFFREY D. ITTLEMAN, P.A. 955 S. Federal Hwy, Suite 339 Fort Lauderdale, Florida 33301 Tel: (954) 462-8340 Fax: (954) 324-2037 Email: geoffrey@ittlemanlaw.com

By: Gary Gruenberg

Gruenberg
2950 NE 188 ST
Suite 123
Miami, FL 33180

**CERTIFIED MAIL®**

7020 1290 0001 9428 1408

UNITED STATES POSTAL SERVICE®

1020

33128

U.S. POSTAGE PAID
FCM LETTER
MIAMI, FL
33180
NOV 18, 20
AMOUNT
**$4.10**
R2305P149832-12

FIRST CLASS

CLERK OF COURT
U.S. District Court
Southern District of FLORIDA
400 N. Miami Ave
Miami, FL 33128

3312837716 C075