UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-23047-CIV-WILLIAMS

MARK LONGHI,

    Plaintiff,

v.

AMG FINANCIAL GROUP, INC,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres's Report and Recommendation (DE 44) on Plaintiff's Motion for Contempt and Sanctions (DE 41). In the Report, Magistrate Judge Torres recommended that the Motion be denied. Plaintiff filed no objections to the Report, and the time to do so has passed.

Having reviewed the Report, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 44) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Contempt and Sanctions (DE 41) is **DENIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 27th day of August, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE